No. 95. MOODY BIBLE INSTITUTE *v.* CHICAGO. See *ante,* p. 705.

No. 275. PARKER ET AL. *v.* MISSISSIPPI. See *ante,* p. 705.

No. 213. TWISP MINING & SMELTING CO. *v.* CHELAN MINING CO. ET AL. See *ante,* p. 705.

No. 72. COWAN *v.* FALLBROOK PUBLIC UTILITY DISTRICT. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wm. G. Junge* for petitioner. *Mr. Albert J. Lee* for respondent.

No. 74. RAPHAEL *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Byron C. Hanna* and *Harold C. Morton* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *Warren F. Wattles* for respondent.

No. 76. DANT & RUSSELL, INC. *v.* BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Henry C. Rohr* for petitioner. *Mr. J. H. O'Connor* for respondents.